**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES,                          )<br>                                     )<br>          Plaintiff,        )<br>                                     )<br>     v.                              )<br>                                     )<br>FEDERAL BUREAU OF           )<br>PRISONS AND DOES 1-10,      )<br>                                     )<br>          Defendants. )<br>_____ ) | Case No. EDCV 14-00259-VAP<br>(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.

Dated:  October 22, 2014

                          VIRGINIA A. PHILLIPS
                       United States District Judge